# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Criminal Case No.:** |
| | ) | **12-00082-02-CR-W-GAF** |
| | ) | |
| Darren W. Brown, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In light of the plea agreement reached between the United States and co-defendant

Andrea Crown and filed in this criminal action on January 29, 2013 [Doc. #71], it is

**ORDERED** that *Darren Brown's Request For Severance From CoDefendant Andrea

Crown, With Suggestions in Support*, filed July 7, 2012 [Doc. 29] is **DENIED AS MOOT**.


                                    _/s/ John T. Maughmer_____
                                    **John T. Maughmer**
                                    **United States Magistrate Judge**